**Order entered July 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01517-CV

### JUAN GARZA DE LEON, Appellant

### V.

### RED WING BRANDS OF AMERICA, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08768-I**

## ORDER

Before the Court is appellant's July 11, 2016 opposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by August 11, 2016. No further extensions will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
       JUSTICE